IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TERESA FORBES,<br><br>　　　　　Defendant. | 8:21CR181<br><br>ORDER |

　　　This matter is before the Court on defendant Teresa Forbes's ("Forbes") Motion for Compassionate Release[1] (Filing No. 181). Forbes is currently serving a 70-month sentence at the Federal Correctional Institution in Greenville, Illinois ("FCI Greenville"), having pleaded guilty to conspiring to distribute methamphetamine. *See* 21 U.S.C. §§ 841(a)(1), 846. Based on multiple serious health concerns, Forbes submitted a request for compassionate release to the warden at FCI Greenville. When that request was denied, Forbes filed the present motion with the help of counsel, explaining her condition and claiming that she "will not receive the necessary medical care" at FCI Greenville. *See* 18 U.S.C. § 3582(c)(1)(A) (providing that the defendant may move for compassionate release only after they have "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility").

　　　Because Forbes raises reviewable and potentially colorable grounds for relief, the Court will order the United States Probation and Pretrial Services Office ("Probation") to investigate her motion. Accordingly,

---

　　　[1]Motions for sentence reductions under 18 U.S.C. § 3582(c)(1)(A) are commonly referred to as requests for compassionate release. *See, e.g.*, *United States v. Sims*, 87 F.4th 917, 919 (8th Cir. 2023).

IT IS ORDERED:

1. Probation is directed to investigate Forbes's compassionate-release request and promptly file under seal a report on that investigation.

2. The government and Forbes's counsel shall each file within ten days of Probation filing its investigation report a brief addressing Forbes's request and provide any evidence necessary to the Court's disposition of her motion. Absent an extension, the motion shall be deemed fully briefed and submitted as of that date.

Dated this 5th day of August 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge